IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIVIL ACTION NO. |
| Plaintiff, | ) | JUDGE: 1:15 CV 1036 |
| v. | ) | |
| $16,765.00 IN U.S. CURRENCY, ET AL. | ) | JUDGE BOYKO |
| Defendants. | ) | NOTICE |

Party-in-Interest:  Craig T. Weintraub, Esq.
                    Counsel for Dominic A. Schender
                    55 Public Square
                    Suite 1600
                    Cleveland, Ohio 44113

The above-captioned forfeiture action was filed in U.S. District Court on May 22, 2015. A copy of the complaint is attached. If you (Dominic A. Schender) claim an interest in the defendant properties, the following applies:

Pursuant to Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, you are required to file with the Court, and serve upon Phillip J. Tripi, plaintiff's attorney, whose address is United States Attorney's Office, 400 United States Court House, 801 West Superior Avenue, Cleveland, Ohio 44113, a

verified claim to the defendant properties within 35 days after your receipt of the complaint. The claim shall contain the information required by Rule G(5) of the said Supplemental Rules. Additionally, you must file and serve an answer to the complaint, or a motion under Rule 12 of the Federal Rules of Civil Procedure, within 21 days after the filing of the claim, exclusive of the date of filing. If you fail to do so, judgment will be taken for the relief demanded in the complaint.

Very truly yours,

STEVEN M. DETTELBACH
United States Attorney

Date: May 22, 2015    By: /s/ Phillip J. Tripi

Phillip J. Tripi
Reg. No. 0017767
United States Court House
801 West Superior Ave, Ste. 400
Cleveland, OH 44113
Phone:  (216) 622-3769
Fax:    (216) 522-7499
Phillip.Tripi@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIVIL ACTION NO. |
| | ) | 1:15 CV 1036 |
| Plaintiff, | ) | JUDGE |
| | ) | |
| v. | ) | |
| | ) | |
| $16,765.00 IN U.S. CURRENCY, ET AL. | ) | JUDGE BOYKO |
| | ) | |
| Defendants. | ) | NOTICE |

Party-in-Interest:  Craig T. Weintraub, Esq.
                    Counsel for Roberta Christine Eldridge
                    55 Public Square
                    Suite 1600
                    Cleveland, Ohio 44113

The above-captioned forfeiture action was filed in U.S. District Court on May 22, 2015. A copy of the complaint is attached. If you (Christine Eldridge) claim an interest in the defendant properties, the following applies:

Pursuant to Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, you are required to file with the Court, and serve upon Phillip J. Tripi, plaintiff's attorney, whose address is United States Attorney's Office, 400 United States Court House, 801 West Superior Avenue, Cleveland, Ohio 44113, a

verified claim to the defendant properties within 35 days after your receipt of the complaint. The claim shall contain the information required by Rule G(5) of the said Supplemental Rules. Additionally, you must file and serve an answer to the complaint, or a motion under Rule 12 of the Federal Rules of Civil Procedure, within 21 days after the filing of the claim, exclusive of the date of filing. If you fail to do so, judgment will be taken for the relief demanded in the complaint.

Very truly yours,

STEVEN M. DETTELBACH
United States Attorney

Date: May 22, 2015      By: _____
Phillip J. Tripi
Reg. No. 0017767
United States Court House
801 West Superior Ave, Ste. 400
Cleveland, OH 44113
Phone:   (216) 622-3769
Fax:     (216) 522-7499
Phillip.Tripi@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIVIL ACTION NO. 1:15CV1036 |
| | ) | |
| Plaintiff, | ) | JUDGE |
| | ) | |
| v. | ) | JUDGE BOYKO |
| | ) | |
| $16,765.00 IN U.S. CURRENCY, ET AL. | ) | |
| | ) | |
| Defendants. | ) | NOTICE |

Party-in-Interest: Edward R. LaRue, Esq.
Counsel for Brandon Selvaggio
820 W. Superior Avenue, Suite 840
Cleveland, Ohio 44113

The above-captioned forfeiture action was filed in U.S. District Court on May 22, 2015. A copy of the complaint is attached. If you (Brandon Selvaggio) claim an interest in the defendant properties, the following applies:

Pursuant to Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, you are required to file with the Court, and serve upon Phillip J. Tripi, plaintiff's attorney, whose address is United States Attorney's Office, 400 United States Court House, 801 West Superior Avenue, Cleveland, Ohio 44113, a

verified claim to the defendant properties within 35 days after your receipt of the complaint. The claim shall contain the information required by Rule G(5) of the said Supplemental Rules. Additionally, you must file and serve an answer to the complaint, or a motion under Rule 12 of the Federal Rules of Civil Procedure, within 21 days after the filing of the claim, exclusive of the date of filing. If you fail to do so, judgment will be taken for the relief demanded in the complaint.

Very truly yours,

STEVEN M. DETTELBACH
United States Attorney

Date: May 22, 2015    By: /s/ Phillip J. Tripi
Phillip J. Tripi
Reg. No. 0017767
United States Court House
801 West Superior Ave, Ste. 400
Cleveland, OH 44113
Phone: (216) 622-3769
Fax: (216) 522-7499
Phillip.Tripi@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIVIL ACTION NO. 1:15CV1036 |
| Plaintiff, | ) | JUDGE |
| v. | ) | JUDGE BOYKO |
| $16,765.00 IN U.S. CURRENCY, ET AL. | ) | |
| Defendants. | ) | NOTICE |

Party-in-Interest: Ian N. Friedman, Esq.
Counsel for Iris Karina Baker
101 West Prospect Avenue
Suite 1800
Cleveland, Ohio 44115

The above-captioned forfeiture action was filed in U.S. District Court on May 22, 2015. A copy of the complaint is attached. If you (Iris Karina Baker) claim an interest in the defendant properties, the following applies:

Pursuant to Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, you are required to file with the Court, and serve upon Phillip J. Tripi, plaintiff's attorney, whose address is United States Attorney's Office, 400 United States Court House, 801 West Superior Avenue, Cleveland, Ohio 44113, a

verified claim to the defendant properties within 35 days after your receipt of the complaint. The claim shall contain the information required by Rule G(5) of the said Supplemental Rules. Additionally, you must file and serve an answer to the complaint, or a motion under Rule 12 of the Federal Rules of Civil Procedure, within 21 days after the filing of the claim, exclusive of the date of filing. If you fail to do so, judgment will be taken for the relief demanded in the complaint.

Very truly yours,

STEVEN M. DETTELBACH
United States Attorney

Date: May 22, 2015          By: /s/ Phillip J. Tripi

Phillip J. Tripi
Reg. No. 0017767
United States Court House
801 West Superior Ave, Ste. 400
Cleveland, OH 44113
Phone:   (216)622-3769
Fax:     (216)522-7499
Phillip.Tripi@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA,            ) CIVIL ACTION NO. 1:15CV 1036
                                     )
          Plaintiff,                 ) JUDGE
                                     )
     v.                              )
                                     )          JUDGE BOYKO
$16,765.00 IN U.S. CURRENCY, ET AL.  )
                                     )
                                     )
          Defendants.                ) NOTICE


Party-in-Interest:   Dominic J. Vitantonio
                     Attorney for Gabriel J. Saluan
                     6449 Wilson Mills Road,
                     Mayfield Village, Ohio 44143

The above-captioned forfeiture action was filed in U.S. District Court on May 22, 2015. A copy of the complaint is attached. If you (Gabriel J. Saluan) claim an interest in the defendant properties, the following applies

Pursuant to Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, you are required to file with the Court, and serve upon Phillip J. Tripi, plaintiff's attorney, whose address is United States Attorney's Office, 400 United States Court House, 801 West Superior Avenue, Cleveland, Ohio 44113, a

verified claim to the defendant properties within 35 days after your receipt of the complaint. The claim shall contain the information required by Rule G(5) of the said Supplemental Rules. Additionally, you must file and serve an answer to the complaint, or a motion under Rule 12 of the Federal Rules of Civil Procedure, within 21 days after the filing of the claim, exclusive of the date of filing. If you fail to do so, judgment will be taken for the relief demanded in the complaint.

Very truly yours,

STEVEN M. DETTELBACH
United States Attorney

Date: May 22, 2015        By: /s/ Phillip J. Tripi

Phillip J. Tripi
Reg. No. 0017767
United States Court House
801 West Superior Ave, Ste. 400
Cleveland, OH 44113
Phone:   (216) 622-3769
Fax:     (216) 522-7499
Phillip.Tripi@usdoj.gov