IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIVIL ACTION NO. 1:15 CV 1036 |
| | ) | |
| Plaintiff, | ) | JUDGE |
| | ) | |
| v. | ) | JUDGE BOYKO |
| | ) | |
| $16,765.00 IN U.S. CURRENCY, ET AL. | ) | |
| | ) | ORDER FOR |
| Defendants. | ) | PUBLICATION OF NOTICE |

Now on this _____ day of _____, 2015, it appearing to the Court that the defendant properties, to wit:

1. $16,765.00 U.S. Currency;

2. 2014 Polaris Ranger Crew, VIN: 4XAWH9EA2EB181985;

3. $24,239.28 seized from Third Federal Savings & Loan, Checking Acct. #XXXXX2841;

4. 2013 Porsche Panamera, VIN: WP0AD2A70DL045122;

5. 2009 Infiniti QX56, VIN: 5N3AA08C69N901781;

6. 2011 Ford F150 Truck, VIN: 1FTFW1EF2BFA12761;

7. $4,013.40 seized from Third Federal Savings & Loan, Savings Acct. #XXXXXX8007;

8. 2011 Ford F350 Truck, VIN: 1FT8W3BT8BEB91618;

9. 2010 Acura MDX Station Wagon, VIN: 2HNYD2H64AH533150;

10. 2014 Ford F150 Truck, VIN: 1FTFW1R67EFB15902;

11. $6,300.46 seized from JP Morgan Chase Bank, Business Classic Checking Acct. #XXXXX0957;

12. $65,386.20 seized from JP Morgan Chase Bank, Checking Acct. #XXXXX8690;

13. $71,110.29 seized from JP Morgan Chase Bank, Checking Acct. #XXXXX4462;

14. $27,290.56 seized from First Merit Bank, Checking Account #XXXXXX7175;

15. $26,989.51 seized from First Merit Bank, Checking Acct. #XXXXXX4802;

16. $79,270.73 seized from First Merit Bank, Checking Acct. #XXXXXX4053;

17. $89,257.31 seized from Wells Fargo Bank, Checking Account #XXXXXX3398;

18. $2,801.30 seized from Wells Fargo Bank, Savings Account #XXXXXX3868;

19. $7,333.28 seized from TD Ameritrade Clearing, Brokerage Acct. #XXX-XXX0110;

20. $7,876.62 seized from Huntington National Bank, Business Checking Acct. #XXXXXXX2900;

21. $209,793.14 seized from Charles Schwab & Co., Inc., Brokerage Acct. #XXXX9544;

22. $106,017.74 seized from Bank of America, Checking Acct. #XXXXXXXX6692;

23. $147,698.30 seized from American Funds, CB&T CUST Simple IRA Acct. #XXXX3285;

24. $5,266.41 seized from American Funds, CB&T CUST Roth IRA Acct. #XXXX1832;

25. $5,093.16 seized from American Funds, CB&T CUST IRA Acct. #XXXX6729;

26. $483,078.93 seized from LPL Financial, PTC Custodian Roth IRA Acct. #XXXX-7661;

27. $6,442.98 seized from LPL Financial, PTC Custodian Roth IRA Acct. #XXXX-2403;

28. $81,253.76 seized from Jackson National Life Insurance Company, Variable Annuity Acct. #XXXXXX8160;

29. Assorted Jewelry valued at $61,500.00;

30. $6,500.20 seized from MFS Investment Management, Heritage Trust COTTEE, IRA Acct. #XXXX-XXXXXX1424;

31. $5,583.30 seized from MFS Investment Management, Heritage Trust COTTEE, IRA Acct. #XXXX-XXXXXX1425;

32. $5,276.85 seized from MFS Investment Management, Heritage Trust COTTEE, IRA Acct. #XXXX-XXXXXX1426;

33. $5,924.42 seized from MFS Investment Management, Heritage Trust COTTEE, IRA Acct. #XXXX-XXXXXXX1427;

34. Assorted Silver, Gold, Diamonds and Pearls valued at $29,727.66;

35. $33,827.00 in U.S. Currency;

36. $9,838.60 seized from First Merit Bank, Checking Acct. #XXXXXX8640;

37. $2,111.59 seized from Huntington National Bank Checking Acct. #XXXXXXX1007;

38. $1,324,690.90 seized from LPL Financial, Brokerage Acct. #XXXX-8594;

39. $27,026.84 seized from LPL Financial, Brokerage Acct. #XXXX-9957; and,

40. Real Property located at 10640 Bayshire Trail, Kirtland, Ohio, Permanent Parcel #20A031B000170, titled to Brandon Selvaggio,

are the defendants in an *in rem* action for breach of the laws of the United States because they constitute proceeds from drug trafficking activities and/or were used or intended to be used to facilitate drug trafficking in violation of 21 U.S.C. §§ 841(a) and 846, and/or because they constitute proceeds or property derived from proceeds traceable to wire fraud in violation of 18 U.S.C. §§ 1343 and 1349, and/or they were involved in money laundering in violation of 18 U.S.C. §§ 1956 and 1957, and in particular, for the reasons and causes

U.S.C. §§ 1956 and 1957, and in particular, for the reasons and causes as set forth in the Complaint in Forfeiture, and that plaintiff has instituted the in rem action herein and has requested publication of notice pursuant to Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions;

IT IS THEREFORE ORDERED AND DECREED that publication of notice, as required by Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, shall be on an official internet government forfeiture site, and shall give persons in interest sixty (60) days from the first day of publication within which to file a claim, and twenty (21) days, after filing of the claim, within which to file an answer or a motion under Rule 12 of the Federal Rules of Civil Procedure.

_____
UNITED STATES DISTRICT JUDGE