IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:15CV1036 |
| | ) | |
| Plaintiff, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| v. | ) | |
| | ) | |
| $16,765.00 IN U.S. CURRENCY, ET AL., | ) | NOTICE OF SERVICE |
| | ) | |
| Defendants. | ) | |

PLEASE TAKE NOTICE that on July 20, 2015, plaintiff, United States of America propounded its First Set of Special interrogatories to claimant Roberta Eldridge by sending that document by United States Postal Service Certified Mail (Receipt No. 7014 0150 0001 5889 4724) and by email to Craig T. Weintraub, Esq., Counsel for Claimant Roberta Eldridge, 55 Public Square, Suite 1600, Cleveland, Ohio 44113.

        Respectfully submitted,

        Steven M. Dettelbach
        United States Attorney

By:  /s/ Phillip J. Tripi
      Phillip J. Tripi
      Reg. No. 0017767
      Assistant U.S. Attorney
      801 West Superior Avenue, Suite 400
      Cleveland, Ohio 44114
      (216) 622-3769
      (216) 522-7499
      Phillip.Tripi@usdoj.gov

## **CERTIFICATE OF SERVICE**

It is hereby certified that on this 20th day of July, 2015, a copy of the foregoing was filed electronically. Notice of the filing will be sent by operation of the Court's electronic filing system.

/s/ Phillip J. Tripi
Phillip J. Tripi
Assistant U.S. Attorney