IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIVIL ACTION NO. 1:15CV1036 |
| | ) | |
| Plaintiff, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| v. | ) | |
| | ) | |
| $16,765.00 IN U.S. CURRENCY, ET AL., | ) | JUDGMENT ENTRY |
| | ) | |
| Defendants. | ) | |

Before the Court is the Motion to Dismiss Certain Defendant Properties from Complaint pursuant to Fed. R. Civ. P. 41(a)(2). Upon review of the motion, the Court finds as follows:

1. On May 22, 2015, the United States filed a civil complaint in forfeiture naming seized properties, including the following, as defendant properties:

   a. $5,266.41 SEIZED FROM AMERICAN FUNDS, CB&T CUST ROTH IRA ACCT. #XXXX1832;

   b. $5,093.16 SEIZED FROM AMERICAN FUNDS, CB&T CUST IRA ACCT. #XXXX6729;

   c. $6,442.98 SEIZED FROM LPL FINANCIAL, PTC CUSTODIAN ROTH IRA ACCT. #XXXX-2403;

   d. $6,500.20 SEIZED FROM MFS INVESTMENT MANAGEMENT, HERITAGE TRUST COTTEE, IRA ACCT. #XXXX-XXXXXX51424;

   e. $5,583.30 SEIZED FROM MFS INVESTMENT MANAGEMENT, HERITAGE TRUST COTTEE, IRA ACCT. #XXXX-XXXXXXX1425;

   f. $5,276.85 SEIZED FROM MFS INVESTMENT MANAGEMENT, HERITAGE TRUST COTTEE, IRA ACCT. #0309-08189451426;

g.     $5,924.42 SEIZED FROM MFS INVESTMENT MANAGEMENT, HERITAGE TRUST COTTEE, IRA ACCT. #XXXX-XXXXXXX1427; and

h.     $27,026.84 SEIZED FROM LPL FINANCIAL, BROKERAGE ACCT. #XXXX-9957.

2. On July 30, 2015, Iris Karina Baker filed an amended claim to, among others, the following two above-described defendant properties:

    a.     $5,266.41 SEIZED FROM AMERICAN FUNDS, CB&T CUST ROTH IRA ACCT. #XXXX1832; and

    b.     $5,093.16 SEIZED FROM AMERICAN FUNDS, CB&T CUST IRA ACCT. #XXXX6729.

3. On July 20, 2018, Dominic A. Schender filed an amended claim to, among others, the following two above-described defendant properties:

    a.     $6,442.98 SEIZED FROM LPL FINANCIAL, PTC CUSTODIAN ROTH IRA ACCT. #XXXX-2403; and

    b.     $27,026.84 SEIZED FROM LPL FINANCIAL, BROKERAGE ACCT. #XXXX-9957.

4. On July 20, 2018, Discounted Telecommunication Services Inc. filed an amended claim to, among others, the following four above-described defendant properties:

    a.     $6,500.20 SEIZED FROM MFS INVESTMENT MANAGEMENT, HERITAGE TRUST COTTEE, IRA ACCT. #XXXX-XXXXXX51424;

    b..     $5,583.30 SEIZED FROM MFS INVESTMENT MANAGEMENT, HERITAGE TRUST COTTEE, IRA ACCT. #XXXX-XXXXXXX1425;

    c.     $5,276.85 SEIZED FROM MFS INVESTMENT MANAGEMENT, HERITAGE TRUST COTTEE, IRA ACCT. #0309-08189451426; and

  d.  $5,924.42 SEIZED FROM MFS INVESTMENT MANAGEMENT, HERITAGE TRUST COTTEE, IRA ACCT. #XXXX-XXXXXXX1427.

5. No other person or party filed a claim as to the above-described properties.

Therefore, it is ORDERED, ADJUDGED, and DECREED:

1. The following named defendant properties are hereby dismissed from the complaint, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(2):

  a.  $5,266.41 SEIZED FROM AMERICAN FUNDS, CB&T CUST ROTH IRA ACCT. #XXXX1832;

  b.  $5,093.16 SEIZED FROM AMERICAN FUNDS, CB&T CUST IRA ACCT. #XXXX6729;

  c.  $6,442.98 SEIZED FROM LPL FINANCIAL, PTC CUSTODIAN ROTH IRA ACCT. #XXXX-2403;

  d.  $6,500.20 SEIZED FROM MFS INVESTMENT MANAGEMENT, HERITAGE TRUST COTTEE, IRA ACCT. #XXXX-XXXXXX51424;

  e.  $5,583.30 SEIZED FROM MFS INVESTMENT MANAGEMENT, HERITAGE TRUST COTTEE, IRA ACCT. #XXXX-XXXXXXX1425;

  f.  $5,276.85 SEIZED FROM MFS INVESTMENT MANAGEMENT, HERITAGE TRUST COTTEE, IRA ACCT. #0309-08189451426;

  g.  $5,924.42 SEIZED FROM MFS INVESTMENT MANAGEMENT, HERITAGE TRUST COTTEE, IRA ACCT. #XXXX-XXXXXXX1427; and

  h.  $27,026.84 SEIZED FROM LPL FINANCIAL, BROKERAGE ACCT. #XXXX-9957.

2. The United States is directed to make arrangements for the return of the dismissed defendant properties to the respective claimants.

3. This case is pending as to the remaining thirty-two defendant properties.

It is so ORDERED this  9th  day of November, 2018.

    s/ Christopher A. Boyko
CHRISTOPHER A. BOYKO
UNITED STATES DISTRICT JUDGE