IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:15 CV 1036 |
| | ) | |
| Plaintiff, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| v. | ) | |
| | ) | |
| $16,765.00 IN U.S. CURRENCY, ET AL., | ) | GOVERNMENT'S NOTICE OF |
| | ) | <u>PRODUCTION OF DISCOVERY</u> |
| Defendants. | ) | |

Now comes the United States of America, by and through its attorneys, Justin E. Herdman, United States Attorney, and Henry F. DeBaggis, Assistant United States Attorney, and hereby gives notice that on May 16, 2019, the Government responded to Claimants DTS, DAS Funding Group, Inc., DAS Motors, LLC, Dominic Schender and Roberta Eldridge First Request for Production of Documents upon Plaintiff (*Doc. #76*) and served copies of the responsive documents on counsel of record for all parties.

                                                  Respectfully submitted,

                                                  JUSTIN E. HERDMAN
                                                  United States Attorney

By:   /s/ Henry F. DeBaggis
        Henry F. DeBaggis (OH: 0007561)
        Assistant United States Attorney
        United States Court House
        801 West Superior Avenue, Suite 400
        Cleveland, OH 44113
        (216) 622-3749
        (216) 522-7499 (facsimile)
        Henry.DeBaggis@usdoj.gov

## CERTIFICATE OF SERVICE

  I hereby certify that on this 23rd day of May 2019, a copy of the foregoing document was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  All other parties will be served by regular U.S. Mail.  Parties may access this filing through the Court's system.

                /s/ Henry F. DeBaggis
                Henry F. DeBaggis
                Assistant U.S. Attorney