UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.1:15CV1036 |
| | ) | |
| Plaintiff, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| vs. | ) | |
| | ) | |
| $16,765.00 IN U.S. CURRENCY, ET AL., | ) | ORDER |
| | ) | |
| Defendants. | ) | |

**CHRISTOPHER A. BOYKO, J:**

On September 12, 2019, Counsel for Claimant Brandon K. Selvaggio filed a Motion to Withdraw as Counsel of Record.  (ECF # 98).  Due to privilege issues, counsel is unable to explain in a public filing the basis for the Motion.  Therefore, the Court Orders Counsel to submit for *in camera* inspection via facsimile to the Court no later than September 19, 2019, a declaration describing the basis for his Motion to Withdraw.  The Court's fax number is 216- 357-7156.

IT IS SO ORDERED.

/s/Christopher A. Boyko
CHRISTOPHER A. BOYKO
United States District Judge