# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

        CASE NO: 1:15 CV 01036

v.

        JUDGE CHRISTOPHER BOYKO

$16,765.00 in U.S. Currency, et al.,

        Defendants.

## PLAINTIFF CRAIG WEINTRAUB'S NOTICE OF
## FILING EXHIBIT TO MEMORANDUM

Now comes Intervenor Plaintiff, Craig T. Weintraub, by and through counsel and hereby submit a notice of filing and additional exhibit to the Memorandum in Support of Intervention.

        Respectfully submitted,

        */s/ Michael Pasternak*
        MICHAEL B. PASTERNAK, ESQ. (#0038661)
        (Ohio Bar No. 00059816)
        Park Center II, Suite 411
        3681 South Green Road
        Beachwood, Ohio. 44122
        (216) 360-8500: Telephone
        (216) 360-8501: Fax
        *Mpasternak1@msn.com*

        JEFFREY SAKS (Ohio Bar No. 0071571)
        *jsaks@sakslawoffice.com*
        The Saks Law Office, LLC
        30799 Pinetree Road #269
        Pepper Pike, Ohio 44124
        (216) 255-9696

*Attorneys for Third-Party Plaintiff Craig T. Weintraub*

## CERTIFICATE OF SERVICE

A copy of the foregoing was served this day of September 2019 upon all parties in this matter

*/s/ Michael Pasternak*
MICHAEL B. PASTERNAK, ESQ.