IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
2019 SEP 17 PM 2: 44
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. 1:15-cv-01036 |
| | ) | |
| vs. | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| $16,765.00 IN U.S. CURRENCY, et al, | ) | **NOTICE OF APPEARANCE OF** |
| | ) | **COUNSEL FOR DOMINIC** |
| Defendants. | ) | **SCHENDER AND HARVEY** |
| | ) | **BRUNER** |

Please take note that Robert V. Housel of the law firm of Robert V. Housel Co., L.P.A., hereby enters his appearance as counsel of record for Dominic Schender and Harvey Bruner.

All future pleadings, documents and communications related to this action should be directed to Robert V. Housel, Robert V. Housel Co., L.P.A., 23240 Chagrin Blvd., Suite 101, Commerce Park IV, Cleveland, Ohio 44122. Email address bobhousel@yahoo.com.

Respectfully submitted,

ROBERT V. HOUSEL, 0015328 /per consent
ROBERT V. HOUSEL CO., LPA
23240 Chagrin Blvd., Suit3 101
Commerce Park IV
Cleveland, Ohio 44122
(216) 363-6038- phone
(216) 595-1633- fax
bobhousel@yahoo.com
Attorney for Dominic Schender
and Harvey Bruner

**CERTIFICATE OF SERVICE**

I hereby certify that on September 17, 2019 a copy of the foregoing Notice of Appearance was served on the following via email:

Henry F. DeBaggis, II
Assistant U.S. Attorney
801 Superior Avenue, W., Suite 400
Cleveland, Ohio 44113
henry.debaggis@usdoj.gov

Michael B. Pasternak
Park Center II, Suite 411
3681 South Green Rd.
Beachwood, Ohio 44122
Mpasternak1@msn.com

Jeffrey Saks
The Saks Law Office, LLC
30799 Pinetree Rd., Suite 269
Pepper Pike, Ohio 44124
jsaks@sakslawoffice.com

/s/ Robert V. Housel /per consent/
ROBERT V. HOUSEL, 0015328
ROBERT V. HOUSEL CO., LPA
Attorney for Dominic Schender
and Harvey Bruner