UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.1:15CV1036 |
| | ) | |
| Plaintiff, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| vs. | ) | |
| | ) | |
| $16,765.00 IN U.S. CURRENCY, ET AL., | ) | ORDER |
| | ) | |
| Defendants. | ) | |

**CHRISTOPHER A. BOYKO, J:**

On September 12, 2019, Counsel for Claimant Brandon K. Selvaggio filed a Motion to Withdraw as Counsel of Record.  (ECF # 98).  Due to privilege issues, counsel was unable to explain in a public filing the basis for the Motion.  Therefore, the Court ordered Counsel to submit for *in camera* inspection, via facsimile to the Court, a declaration describing the basis for the Motion to Withdraw.

Counsel timely submitted their explanation *in camera.*  Having reviewed the submission, the Court conditionally grants the Motion to Withdraw.  Claimant Brandon K. Selvaggio is ordered to obtain new counsel within thirty days of receipt of this Order or proceed pro se.  Counsel for Selvaggio are ordered to personally serve this Order on Selvaggio and file on the Court's docket no later than October 2, 2019, proof of service.  Upon the filing of the proof of service, the Court will grant the Motion to Withdraw.

IT IS SO ORDERED.

DATED: September 24, 2019      s/Christopher A. Boyko
         CHRISTOPHER A. BOYKO
         United States District Judge