**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 1:15CV1036 |
| DEFENDANT | TYPE OF PROCESS |
| $16,765.00 in U.S. Currency, et al., | Execute doc #121 |

(44)

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
United States Marshals Service
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW
Henry F. DeBaggis, AUSA
801 West Superior Avenue, Suite 400
Cleveland, Ohio 44113
216-622-3749

| | |
|---|---|
| Number of process to be served with this Form 285 | 0 |
| Number of parties to be served in this case | 0 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):
Carry out the order of the court in docket entry 121 for the above referenced case. The document is under seal, therefore do not make entries into Remarks field or JDIS that might disclose the terms of the settlement or disposal information for particular assets.

Signature of Attorney other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT
*Henry J DeBaggis /R*
TELEPHONE NUMBER: 216-622-3749
DATE: 11/5/19

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | 60 | 60 | *pdri M. Capka* | 11/05/19 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

Date: 1/13/2020   Time: 2:45  ☐ am  ☒ pm

Address (complete only different than shown above)

Signature of U.S. Marshal or Deputy
*Janet Sullivan, DUFC #15774*

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $65 | 0 | 0 | $65 | 0 | $65 |

REMARKS

Court order carried out as instructed.

Form USM-285
Rev. 11/18

PRIOR VERSIONS OF THIS FORM ARE OBSOLETE